1  PAUL L. REIN, Esq. (SBN 43053)
   AARON M. CLEFTON, Esq. (SBN 318680)
2  REIN & CLEFTON, Attorneys at Law
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:    510/832-5001
4  Facsimile:    510/832-4787
   info@reincleftonlaw.com
5
   Attorneys for Plaintiff
6  PATRICIA BERNE

7  RACHEL MIHAI (State Bar No. 249716)
   JENNIFER TOGHIAN, ESQ (State Bar No. 305668)
8  BREMER WHYTE BROWN & O'MEARA, LLP
   20320 S.W. Birch Street, 2nd Floor
9  Newport Beach, CA 92660
   Telephone:    (949) 221-1000
10 Facsimile:    (949) 221-1001

11 Attorneys for Defendants
   BERKELEY RESTAURANT GROUP, LLC
12 dba IPPUKU; 2130 CENTER, LLC

13
                IN THE UNITED STATES DISTRICT COURT
14              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

15
   PATRICIA BERNE,
16                                          CASE NO. 3:17-cv-03520 CRB
          Plaintiff,                        Civil Rights
17
          v.                                **STIPULATION AND [PROPOSED]**
18                                          **ORDER FOR DISMISSAL WITH**
   BERKELEY RESTAURANT GROUP,               **PREJUDICE**
19 LLC, dba IPPUKU; 2130 CENTER,
   LLC; and DOES 1-20, INCLUSIVE,
20
          Defendants.
21

22                              **STIPULATION**

23        Plaintiff PATRICIA BERNE ("Plaintiff") and Defendants BERKELEY RESTAURANT

24 GROUP, LLC, dba IPPUKU and 2130 CENTER, LLC ("Defendants") – Plaintiffs and Defendants

25 together the "Parties" – hereby stipulate and request pursuant to FRCP Rule 41(a) that the Court

26 order that all of Plaintiff's claims in this action against all Defendants be dismissed with prejudice.

27 Plaintiff and Defendants have agreed to a settlement of all of Plaintiff's claims.

28 **IT IS SO STIPULATED.**

                                          - 1 -

Dated: January 23, 2019          REIN & CLEFTON

                                                */s/ Aaron M. Clefton*
By AARON M. CLEFTON, ESQ
Attorneys for Plaintiff
PATRICIA BERNE

Dated: January 23, 2019          BREMER WHYTE BROWN & O'MEARA, LLP

                                                */s/ Jennifer Toghian*
JENNIFER TOGHIAN, Esq.
Attorneys for Defendants
BERKELEY RESTAURANT GROUP, LLC
dba IPPUKU; 2130 CENTER, LLC

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1, I hereby attest that on January 23, 2019, I, Aaron M. Clefton, attorney with Rein & Clefton, received the concurrence of Jennifer Toghian in the filing of this document.

                                                */s/ Aaron M. Clefton*
AARON M. CLEFTON

# [~~PROPOSED~~] ORDER

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: January 25, 2018

_____
Honorable Charles R. Breyer
United States District Court Judge